Timothy J. Halloran - 104498
    THalloran@mpbf.com
Keith G. Adams - 240497
    KAdams@mpbf.com
Patrick Gillespie - 302456
    PGillespie@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
550 S. Hope Street, Suite 650
Los Angeles, CA  90071
Telephone:  (213) 327-3500
Facsimile:   (213) 627-2445

Attorneys for Defendant
KIYONNA CLOTHING, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| DIMITRY LOISEAU, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>KIYONNA CLOTHING, INC., a California Corporation; AND DOES 1-10,<br><br>            Defendants. | Case No.: 2:17-cv-08999-FMO-MRW<br><br>**DEFENDANT KIYONNA CLOTHING, INC.'S F.R.C.P. 68 OFFER OF JUDGMENT**<br><br>Complaint Filed: December 14, 2017<br>FPTC Date:  February 15, 2019<br>Trial Date:  March 5, 2019 |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Rule 68"), defendant Kiyonna Clothing, Inc. ("Kiyonna") hereby offers to allow judgment to be entered against it in this action brought by plaintiff Dimitry Loiseau ("Plaintiff") as follows:

   1.   Kiyonna shall pay to Plaintiff the sum of $5,000.00 (the "Offer Amount"). This sum shall be inclusive of all attorney's fees and costs awardable to Plaintiff in relation to its claims against Kiyonna as of the date of this offer. Such amount shall be paid within thirty (30) days after entry of this Judgment.

   2.   The Offer Amount is the total amount that shall be paid by Kiyonna on account of any liability claimed by Plaintiff, and shall dispose in full of all Plaintiff's

claims as alleged in the complaint in this action, including any claims for attorney's fees or costs, against Kiyonna as of the date of this offer.

3. This offer is revocable as it lapses by operation of law pursuant to Federal Rule of Civil Procedure 68 if not accepted within fourteen (14) days.

4. Kiyonna makes this offer without any admission of liability. This offer is not to be construed as an admission that Kiyonna is liable in this action or that Plaintiff has suffered any damage or is entitled to any relief.

DATED: May 1, 2018              MURPHY, PEARSON, BRADLEY & FEENEY

                                By _____
                                   Keith G. Adams
                                   Attorneys for Defendant
                                   KIYONNA CLOTHING, INC.

KGA.3223224.docx

# CERTIFICATE OF SERVICE

I, Teresa Harris, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 550 S. Hope Street, Suite 650, Los Angeles, CA 90071.

On May 1, 2018, I served the following document(s) on the parties in the within action:

**DEFENDANT KIYONNA CLOTHING, INC.'S F.R.C.P. 68 OFFER OF JUDGMENT**

| | |
|---|---|
| X | **VIA MAIL:** I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Los Angeles, California on this date, addressed as listed below. |
| X | **VIA E-MAIL:** I attached the above-described document(s) to an e-mail message, and invoked the send command to transmit the e-mail message to the person(s) at the e-mail address(es) listed below. My email address is THarris@mpbf.com. |

Stephen M. Doniger  
Scott A. Burroughs  
Doniger/Burroughs  
603 Rose Avenue  
Venice, CA 90291  

Email: stephen@donigerlawfirm.com  
       scott@donigerlawfirm.com  
Phone: (310) 590-1820  
Fax: (310) 417-3538  

Attorney For Plaintiff  
DIMITRY LOISEAU

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on May 1, 2018.

By _____  
Teresa Harris