JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRY LOISEAU, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>KIYONNA CLOTHING, INC.; *et al.*,<br><br>Defendants. | Case No.: 2:17-CV-08999-FMO-MRW<br><u>Hon. Fernando M. Olguin Presiding</u><br><br>**JUDGMENT** |

# JUDGMENT

**JUDGMENT IS ENTERED** against Defendant Kiyonna Clothing, Inc., and in favor of Plaintiff Dimitry Loiseau, in the amount of five thousand dollars ($5,000.00). Kiyonna Clothing, Inc. shall pay this judgment within thirty (30) days of entry of this Judgment.

**IT IS ORDERED AND ADJUDGED THAT THE ABOVE JUDGMENT BE ENTERED BY THE CLERK.**

Dated: May 14, 2018　　　　　　By:_____/s/_____
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　HONORABLE  FERNANDO M. OLGUIN